1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone:  (415) 436-7700
5

6  Counsel for Defendant Donna Pulou

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,          )    No. CR 03-0101 JL
                                      )
12                Plaintiff,          )    **STIPULATION AND [PROPOSED]**
                                      )    **ORDER CONTINUING STATUS**
13       v.                           )    **HEARING**
                                      )
14 DONNA PULOU,                       )    **Hearing Date: April 8, 2010**
                                      )    Time:        11:00 a.m.
15                Defendant.          )    Judge:       Hon. James Larson
                                      )
16                                    )    **Proposed Hearing Date: April 22, 2010**
                                      )    Time:        11:00 a.m.
17 _____ )     Judge:       Hon. James Larson

18

19
                              **STIPULATION**
20
          The above-captioned case is currently set for status on Thursday, April 8, 2010 at 11:00
21
   a.m.  Defendant and the government, through their respective counsel, hereby stipulate that,
22
   subject to the court's approval, the status hearing shall be continued to April 22, 2010.  The
23
   reason for the continuance is that defense counsel has commitments out of the district April 8
24
   through April 16 and is not available on the currently set date.
25
          Both parties are available on April 22, 2010.
26

   Stipulation and [Proposed] Order to Continue
   Hearing; *U.S. v. Pulou*
   No. CR 03-0101 JL                          1

1    IT IS SO STIPULATED:

2

3    Dated:    April 6, 2010                    _____/s/_____
                                                RONALD C. TYLER
4                                               Assistant Federal Public Defender
                                                Counsel for Donna Pulou
5

6    Dated:    April 6, 2010                    _____/s/_____
                                                ACADIA L. SENSESE
7                                               Special Assistant United States Attorney

8

9                        **[PROPOSED] ORDER**

10       For GOOD CAUSE shown, the status hearing set for Thursday, April 8, 2010 shall be

11   continued to April 22, 2010 at 11:00 a.m.

12

13   **IT IS SO ORDERED.**

14

15

16   Dated: _April 7, 2010_____      _____
                                        HONORABLE JAMES LARSON
17                                      United States Magistrate Judge

18

19

20

21

22

23

24

25

26

Stipulation and [Proposed] Order to Continue
Hearing; *U.S. v. Pulou*
No. CR 03-0101 JL                    2