1  BARRY J. PORTMAN
   Federal Public Defender
2  RONALD C. TYLER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor, Box 36106
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5

6  Counsel for Defendant Donna Pulou

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,    )   No. CR 03-0101 JSC
11                              )
              Plaintiff,        )   **STIPULATION AND [PROPOSED]**
12                              )   **ORDER TO CONTINUE STATUS**
       v.                       )   **HEARING**
13                              )
   DONNA PULOU,                 )
14                              )
              Defendant.        )
15                              )
                                )
16 _____ )

17                      **STIPULATION**

18     The above-captioned case is currently set for status on Thursday, August 25, 2011 at

19 11:00 a.m.  Defendant and the government, through their respective counsel, hereby stipulate

20 that, subject to the court's approval, the status hearing shall be continued to September 1, 2011.

21 The reason for the continuance is that defense counsel will be on leave and is not available on

22 the currently set date.

23     Both parties are available on September 1, 2011.

24 / /

25 / /

26

*United States v. Pulou*;
No. CR 03-0101 JSC                        1

IT IS SO STIPULATED:

Dated:   August 8, 2011                    _____/s/_____
                                           RONALD C. TYLER
                                           Assistant Federal Public Defender
                                           Counsel for Donna Pulou

Dated:   August 8, 2011                    _____/s/_____
                                           ACADIA L. SENSESE
                                           Special Assistant United States Attorney

## [~~PROPOSED~~] ORDER

For GOOD CAUSE shown, the status hearing set for Thursday, August 25, 2011 shall be continued to September 1, 2011 at ~~11:00 a.m.~~ 9:30 a.m.

**IT IS SO ORDERED.**

Dated:  _August 8, 2011_                   _____/s/ Jacqueline S. Corley_____
                                           HONORABLE JACQUELINE SCOTT CORLEY
                                           United States Magistrate Judge

*United States v. Pulou*;
No. CR 03-0101 JSC                          2